**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| | * | |
| **TAMAR BAR-ILAN** | * | |
| **Plaintiff** | * | **Civil Case No. JKB-26-2023** |
| **v.** | * | |
| **TODD BLANCHE, et al.** | | |
| | * | |
| **Defendants** | | |

* * * * * * * * * * * *

**ORDER**

In light of Plaintiff's Notice of Voluntary Dismissal filed on July 27, 2026, (ECF No. 6), with the dismissal without prejudice accomplished by operation of law pursuant to Federal Rule of Civil Procedure 41(a)(1), the Court DIRECTS the Clerk to CLOSE the case. The action is DISMISSED.

SO ORDERED.

DATED this 28 day of July, 2026.

BY THE COURT:

James K. Bredar
United States District Judge